# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 14, 2020

161568 & (45)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* G. K. KADOGUCHI, Minor.

SC:  161568
COA:  351656
Wayne CC Family Division:
19-000910-NA

_____/

On order of the Court, the application for leave to appeal the May 28, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.  The motion to add issues is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 14, 2020



Clerk

p0811